```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION


UNITED STATES                        CRIMINAL NO. 1:01-cr-23-DCB-JMR

VS.

RICKEY CAMERON                                            DEFENDANT
```

## ORDER

BEFORE THE COURT is a letter addressed to the Court by Rickey Cameron, defendant in the referenced case seeking termination of supervision. In the original a supervised release period of 36 months was ordered and as stated in the letter, termination will occur in June, 2009.

   The Court will consider the letter as an unfiled petition. At the request of the Court, Probation Officer Kurt Raymond contacted an official at Stennis Space Center who was unable to provide any assurance that the said Rickey Cameron would be employed in the event he is released from supervision at the time his application is submitted. Although it is the policy of the Court to carefully review all statutory factors and guideline factors regarding the release from supervision it is the policy of the Court to deny motions for early termination unless there are unusual and extraordinary circumstances involved. Here, the Court finds no such circumstances and, therefore, the request set

forth in the letter, hereby considered to be a motion is DENIED.

SO ORDERED this the ___18th___ day of __November__, 2008.


                                                 _____s/ David Bramlette_____
                                                 UNITED STATES DISTRICT JUDGE